157 A.3d 848

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT,
v. D.M., DEFENDANT-APPELLANT.

December 6, 2016

## ORDER

This matter having been duly considered and the Court having determined that certification was improvidently granted;

IT is ORDERED that the appeal is dismissed.

157 A.3d 848

DOMENICK CATRAMBONE, PETITIONER–RESPONDENT, v.
BALLY'S PARK PLACE, RESPONDENT–APPELLANT, SEC-
OND INJURY FUND, INTERVENOR–RESPONDENT.

December 6, 2016

## ORDER

This matter having been duly considered and the Court having determined that certification was improvidently granted;

IT is ORDERED that the appeal is dismissed.